**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jeremy Mohr                       CHAPTER 13
       Janet M. Mohr

           Debtor(s)                       BKY. NO. 24-12765 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
20 Aug 2024, 19:52:50, EDT

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322