United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 24-12765-pmm
Janet M. Mohr | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Jan 30, 2025 | Form ID: 155 | Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet M. Mohr, 155 East Park Street, Apt. 5, Elizabethtown, PA 17022-2344 |
| 14929472 | + | Arvest Bank, Sharon L. Stolte - Sandberg Phoenix, 4600 Madison Avenue, Suite 1000, Kansas City, MO 64112-3042 |
| 14914227 | + | Mariner Fin., 2044 Fruitville Pike, Lancaster, PA 17601-3918 |
| 14917948 | + | Pennymac Loan Services, LLC, C/O Denise Carlon, 701 Market St. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14914233 | | Woman Within, 1112 7th Ave., Monroe, WI 53566-1364 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14914224 | + | Email/Text: bankruptcy@arvest.com | Jan 31 2025 00:00:00 | Arvest, PO Box 940, Rogers, AR 72757-0940 |
| 14914225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 00:04:41 | Capital One Bank NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14925589 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2025 00:16:17 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14914226 | | Email/Text: bankruptcy@sccompanies.com | Jan 31 2025 00:00:00 | Country Door, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14924925 | + | Email/Text: bankruptcy@sccompanies.com | Jan 31 2025 00:00:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14936414 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 30 2025 23:59:00 | MARINER FINANCE, 8211 TOWN CENTER DR, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 14917888 | ^ | MEBN | Jan 30 2025 23:57:10 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14925252 | + | Email/PDF: ebnotices@pnmac.com | Jan 31 2025 00:16:39 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14914228 | + | Email/PDF: ebnotices@pnmac.com | Jan 31 2025 00:17:37 | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 14934490 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2025 23:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14914229 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2025 23:59:00 | Roaman, PO Box 650972, Dallas, TX 75265-0972 |
| 14914230 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 00:04:06 | Synchrony Bank/ Walmart, PO Box 105972, Atlanta, GA 30348-5972 |
| 14925439 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 31 2025 00:00:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14914231 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 31 2025 00:00:00 | US Bank, Po Box 790408, Saint Louis, MO 63179 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 30, 2025 | Form ID: 155 | Total Noticed: 21

| | | | | |
|---|---|---|---|---|
| 14914232 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2025 00:03:36 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14929094 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2025 00:04:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Janet M. Mohr Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Janet M. Mohr  )  Case No. 24−12765−pmm
  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: January 30, 2025                                     For The Court

                                                                                           Patricia M. Mayer
                                                                                         Judge, United States Bankruptcy Court