Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-12765-PMM**

Janet M. Mohr  
155 East Park Street  
Apt. 5  
Elizabethtown  PA    17022

Petition Filed Date: 08/08/2024  
341 Hearing Date: 09/17/2024  
Confirmation Date: 01/30/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/30/2024 | $150.00 | | 10/15/2024 | $150.00 | | 11/15/2024 | $150.00 | |
| 12/16/2024 | $150.00 | | 01/14/2025 | $150.00 | | 02/14/2025 | $150.00 | |
| 03/14/2025 | $150.00 | | 04/14/2025 | $150.00 | | 05/15/2025 | $150.00 | |
| 06/16/2025 | $150.00 | | 07/14/2025 | $150.00 | | | | |

**Total Receipts for the Period:  $1,650.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,813.00 | $1,662.75 | $1,150.25 |
| 1 | COUNTRY DOOR »» 001 | Unsecured Creditors | $223.49 | $0.00 | $223.49 |
| 2 | PENNYMAC LOAN SERVICES LLC »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $1,589.26 | $0.00 | $1,589.26 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $2,524.64 | $0.00 | $2,524.64 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $8,339.28 | $0.00 | $8,339.28 |
| 6 | ARVEST BANK »» 006 | Unsecured Creditors | $7,595.76 | $0.00 | $7,595.76 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $144.71 | $0.00 | $144.71 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $477.10 | $0.00 | $477.10 |
| 9 | MARINER FINANCE LLC »» 009 | Unsecured Creditors | $3,473.11 | $0.00 | $3,473.11 |
| 10 | ROAMAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | SYNCHRONY/WALMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12765-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,800.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $1,662.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $137.25 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.