Certificate Number: 05781-PAE-DE-040260576

Bankruptcy Case Number: 24-12765



05781-PAE-DE-040260576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 31, 2025</u>, at <u>11:30</u> o'clock <u>AM PDT</u>, <u>Janet Mohr</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 31, 2025</u>

By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>