# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JANET M. MOHR | : | |
| | : | |
| Debtor | : | |
| | : | Case No.: 24-12765-PMM |
| PENNYMAC LOAN SERVICES, LLC. | : | Chapter 13 |
| | : | |
| Movant | : | |
| v. | : | |
| | : | |
| JANET M. MOHR | : | Motion for Relief from Stay |
| Debtor | : | |

## ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes the Debtor, by her Attorney **Thomas W. Fleckenstein** and files the within **Answer to the Motion for Relief from the Automatic Stay:**

**1.-5.**     **ADMITTED.**

**6-11.**    **DENIED.**  Strict proof of this allegation is demanded at time of trial.

**WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

*RESPECTFULLY SUBMITTED:*

**DATE:** January 2, 2026

  /s/ Thomas W. Fleckenstein
Thomas W. Fleckenstein, ESQUIRE
Attorney I.D. No. 307390
553 Locust Street
Columbia, PA  17512
(717) 684-6941