**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **Janet M. Mohr** | : | **NO. 24-12765** |
| | : | |
| **(DEBTORS)** | : | |

## *PRAECIPE TO WITHDRAW ANSWER*

The Debtor herein withdraws her answer to the Motion for Relief.

*Respectfully submitted:*

*/s/ Thomas W. Fleckenstein*
*Thomas W. Fleckenstein, ESQUIRE*
*553 Locust Street*
*Columbia, PA 17512*
*(717) 684-6941*
*Attorney I.D. # 307390*