**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **JANET M. MOHR** | **:** | **NO.  24-12765-PMM** |
| | **:** | |
| **(DEBTORS)** | **:** | |

**CERTIFICATE OF SERVICE**

Thomas W. Fleckenstein, the attorney for the Debtors, hereby certifies that on the 17th day of February, 2026, he served a copy of the Praecipe to Withdraw the Chapter 13 Petition on all creditors and parties in interest by first class mail, postage paid and/or electronically.

_/s/Thomas W. Fleckenstein_____
Thomas W. Fleckenstein
Attorney for Debtor