**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:                                         :        CHAPTER 13

    **Janet M. Mohr**                      :        NO.  24-12765

                                           :

    **(DEBTORS)**                          :


<u>**ORDER**</u>

    **AND NOW**, upon consideration of the within PETITION TO WITHDRAW AND/OR DISMISS CHAPTER 13 BANKRUPTCY, it is hereby ordered and directed as follows:

1.    The Chapter 13 Petition of Janet M. Mohr is dismissed.   The Trustee is relieved of his duties, effective immediately.


BY THE COURT:


Patricia M. Mayer

**Date: February 24, 2026**        Patricia M. Mayer
BANKRUPTCY JUDGE