United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12765-pmm |
| Janet M. Mohr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet M. Mohr, 155 East Park Street, Apt. 5, Elizabethtown, PA 17022-2344 |
| 14929472 | + | Arvest Bank, Sharon L. Stolte - Sandberg Phoenix, 4600 Madison Avenue, Suite 1000, Kansas City, MO 64112-3042 |
| 15096368 | + | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030, 1300 & 1400, Orange, CA 92868-1604 |
| 14914227 | + | Mariner Fin., 2044 Fruitville Pike, Lancaster, PA 17601-3918 |
| 14917948 | + | Pennymac Loan Services, LLC, C/O Denise Carlon, 701 Market St. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14914233 | | Woman Within, 1112 7th Ave., Monroe, WI 53566-1364 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 25 2026 00:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 25 2026 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14914224 | + | Email/Text: bankruptcy@arvest.com | Feb 25 2026 00:40:00 | Arvest, PO Box 940, Rogers, AR 72757-0940 |
| 14914225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2026 00:50:26 | Capital One Bank NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14925589 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2026 00:50:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14914226 | | Email/Text: bankruptcy@sccompanies.com | Feb 25 2026 00:40:00 | Country Door, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14924925 | + | Email/Text: bankruptcy@sccompanies.com | Feb 25 2026 00:40:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14936414 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 25 2026 00:40:00 | MARINER FINANCE, 8211 TOWN CENTER DR, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 14917888 | ^ | MEBN | Feb 25 2026 00:32:44 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14925252 | + | Email/PDF: ebnotices@pnmac.com | Feb 25 2026 00:50:27 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14914228 | + | Email/PDF: ebnotices@pnmac.com | Feb 25 2026 01:11:34 | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 14934490 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2026 00:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14914229 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 00:40:00 | Roaman, PO Box 650972, Dallas, TX 75265-0972 |
| 14914230 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Feb 24, 2026 | Form ID: pdf900 | Total Noticed: 24

| | | Feb 25 2026 00:50:08 | Synchrony Bank/ Walmart, PO Box 105972, Atlanta, GA 30348-5972 |
| 14925439 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 25 2026 00:40:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14914231 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 25 2026 00:40:00 | US Bank, Po Box 790408, Saint Louis, MO 63179 |
| 14914232 | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 25 2026 00:50:26 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14929094 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 25 2026 00:50:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030, 1300 & 1400, Orange, CA 92868-1604 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Janet M. Mohr Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   :        **CHAPTER 13**

    **Janet M. Mohr**                 :        NO.  24-12765

                                 :

      **(DEBTORS)**                      :

## ORDER

      **AND NOW**, upon consideration of the within PETITION TO WITHDRAW AND/OR DISMISS CHAPTER 13 BANKRUPTCY, it is hereby ordered and directed as follows:

1.    The Chapter 13 Petition of Janet M. Mohr is dismissed.   The Trustee is relieved of his duties, effective immediately.


BY THE COURT:

_Patricia M. Mayer_

**Date: February 24, 2026**

Patricia M. Mayer
BANKRUPTCY JUDGE